Civil Cover Sheet – Attachment 1

<u>Box I(c):</u>

Lauren Grady
US Department of Justice
PO Box 7611
Washington, DC 20044-7611
(202) 514-2794

L. Scott Helkowski
Ohio Attorney General's Office
30 E. Broad Street, 25th Floor
Columbus, OH 43215-3400
(614) 466-2766