THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> and <br><br> THE STATE OF OHIO, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CITY OF ELYRIA, OHIO, <br><br> *Defendant*. | Civil Action No. 1:22-cv-02026-DCN <br><br> Hon. Donald C. Nugent <br><br> Hon. Thomas M. Parker <br><br><br> GRANTED: X   DENIED: _____ <br> IT IS SO ORDERED. <br> /s/ Donald C. Nugent 1/10/23 <br> U.S. DISTRICT JUDGE |

## UNITED STATES' UNOPPOSED MOTION TO ENTER CONSENT DECREE

The United States asks this Court to approve the proposed Consent Decree resolving the United States' and State of Ohio's claims against the City of Elyria, Ohio ("Elyria"). On November 9, 2022, Plaintiffs filed a complaint (ECF No. 1) under Section 309 of the Clean Water Act, 33 U.S.C. § 1319, and Ohio Revised Code §§ 6111.07 and 6111.09 relating to Elyria's sewer system, and concurrently lodged the proposed Decree resolving their claims with the Court (ECF No. 2). The United States also provided the public at large with an opportunity to comment on the proposed settlement but received no comments. *See* 87 Fed. Reg. 68727. Elyria has consented to entry of the proposed Consent Decree. *See* ECF. No. 2 at Para. 96.

Under the terms of the proposed Consent Decree, Elyria must complete a comprehensive set of construction projects and improvements to its sewer system that are intended to bring it into compliance with the Clean Water Act. In addition, Elyria will pay a civil penalty of $100,000 to the United States and will pay $100,000 into Ohio's Surface Water Improvement